PER CURIAM.

(No. 74-CC-821—)

SCHOOL OF THE ART INSTITUTE OF CHICAGO, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF VOCATIONAL
REHABILITATION, Respondent.

*Opinion filed December 4, 1974.*

SCHOOL OF THE ART INSTITUTE OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.